542 F.2d 573
 93 L.R.R.M. (BNA) 2943, 79 Lab.Cas. P 11,791
 Mississippi Gulf Coast Building and Construction Trades Council
v.
N. L. R. B.*#
 No. 76-1554
 United States Court of Appeals, Fifth Circuit
 11/1/76
 
 1
 N.L.R.B., Miss.
 
 ENFORCED
 
 
 *
 Summary Calendar case; Rule 18, 5 Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5 Cir., 1970, 431 F.2d 409
 # Local Rule 21 case; see NLRB v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F.2d 966.